FILED

10/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0316

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0316

_____

BARBARA A. GIBSON, as Personal
Representative of the Estate of Johnny G. Gibson,
and for herself; JOHN TRAVIS MORGAN
GIBSON; DIXIE LEE GIBSON,

      Plaintiffs and Appellants,

  v.

UNITED STATES OF AMERICA,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable the Honorable Danny J. Boggs, the Honorable Richard A. Paez, and the Honorable Paul J. Watford, Circuit Court Judges.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2021